IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORDELLRA MCCALEY**                                                                                    **PLAINTIFF**

v.                                                                        No. 4:21-CV-00132-NBB-JMV

**WARDEN SIMON,**
**CAPTAIN MEEKS, and**
**C/O BUDLEY**                                                                       **DEFENDANTS**

**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT**
**IDENTIFYING INFORMATION FOR DEFENDANT**

On December 7, 2021, the Court entered an Order directing Plaintiff to submit identifying information for Defendant "C/O Budley" so that he may be served with process. Doc. # 17. In response, Plaintiff submitted a one-page filing which contained very brief information regarding an individual identified as a "C/O Buzzley." Doc. # 20. Plaintiff, however, has not named a "C/O Buzzley" as a defendant in this action. *See* Doc. # 1. Thus, Plaintiff is again directed to submit identifying information as to named defendant "**C/O Budley**" within twenty-one (21) days from the date of this Order. Plaintiff's failure to do so will result in the dismissal of his claims against Defendant C/O Budley under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 10th day of January, 2022.

                                                                  /**s**/ Jane M. Virden
                                                                  **JANE M. VIRDEN**
                                                                  **UNITED STATES MAGISTRATE JUDGE**