# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**CORDELLRA MCCALEY**                                                                               **PLAINTIFF**

**v.**                                                                            No. 4:21-CV-00132-NBB-JMV

**WARDEN SIMON,**
**CAPTAIN MEEKS, and**
**C/O BUDLEY**                                                                     **DEFENDANTS**

## ORDER SUBSTITUTING PARTIES

On December 7, 2021, the Court entered an Order directing Plaintiff to submit identifying information for Defendant "C/O Budley" so that he may be served with process. Doc. # 17. In response, Plaintiff submitted a one-page filing which contained very brief information regarding an individual identified as a "C/O Buzzley." Doc. # 20. The Court, consequently, entered a second order on January 10, 2022, directing Plaintiff once again to submit identifying information for Defendant "C/O Budley." Doc. 22. Plaintiff has now filed a response in which he identifies "C/O Busby" as the Defendant to whom he referred to in his original complaint. Doc. # 24. Plaintiff makes clear that he was mistaken as to the officer's name when submitting his complaint, and that "C/O Busby" is the individual who committed the alleged constitutional violation(s). *See id.* Accordingly, "C/O Budley" is hereby **TERMINATED** as a Defendant in this action, and "C/O Busby" is hereby **ADDED** as a Defendant in this action.

**SO ORDERED**, this the 2nd day of February, 2022.

                                                     /s/ Jane M. Virden
                                                     **JANE M. VIRDEN**
                                                     **UNITED STATES MAGISTRATE JUDGE**