IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORDELLRA MCCALEY**                                                                            **PLAINTIFF**

**v.**                                                                                 No. 4:21-CV-00132-NBB-JMV

**WARDEN SIMON,**
**CAPTAIN MEEKS, and**
**C/O BUSBY**                                                                             **DEFENDANTS**

## ORDER

The Court entered a Process and Scheduling Order on November 10, 2021, allowing Plaintiff's claims to proceed forward. Doc. # 10. Counsel for MDOC, however, notified the Court that he was unable to represent one of Defendants, C/O Budley, because "MDOC ha[d] no record of anyone matching the description of the defendant . . . having been employed by MDOC." Doc. # 16. Recently, Plaintiff submitted a filing in which he represented that he had mistakenly named "C/O Budley" as a Defendant, and instead identified "C/O Busby" as the individual responsible for the alleged constitutional violation(s). *See* Doc. # 24. The Court, consequently, entered an Order substituting "C/O Busby" as a Defendant in this action. *See* Doc. # 25. Plaintiff's allegations indicate that "C/O Busby" is an MDOC employee. *See* Doc. # 24. Accordingly, counsel for MDOC is hereby **DIRECTED** to advise the Court whether or not "C/O Busby" is an MDOC employee and, further, whether counsel will be representing him in this action within thirty (30) days from the date of this order.

**SO ORDERED**, this the 2nd day of February, 2022.

                                                            /s/ Jane M. Virden
                                                            **JANE M. VIRDEN**
                                                            **UNITED STATES MAGISTRATE JUDGE**