IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORDELLRA MCCALEY**                                                                 **PLAINTIFF**

v.                                                            No. 4:21-CV-00132-NBB-JMV

**WARDEN SIMON,**
**CAPTAIN MEEKS, and**
**C/O BUSBY**                                                                  **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Defendants' motion for summary judgment [34] is **GRANTED**, and Plaintiff's claims are **DISMISSED without prejudice** for failure to exhaust administrative remedies. This case is **CLOSED**.

**SO ORDERED**, this the 21st day of April, 2022.

                                         /s/ Neal Biggers
                                         **NEAL B. BIGGERS, JR.**
                                         **UNITED STATES DISTRICT JUDGE**